1 | McGREGOR W. SCOTT
United States Attorney
2 | BOBBIE J. MONTOYA
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  (916) 554-2726

5

6 | Attorneys for Plaintiff

7

8 |                 IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )     MISC.S-05-039-MCE-JFM
                                     )     (CR S 02-255-MCE)
12 |               Plaintiff,          )
                                     )
13 |      v.                          )     ORDER OF CONTINUING
                                     )     GARNISHMENT
14 | JENNIFER B. MENDEZ,                )
                                     )
15 |            Defendant and          )
            Judgment Debtor.         )
16 | _____)
                                     )
17 | FIDELITY NATIONAL FINANCIAL,       )
                                     )
18 |            Garnishee.             )
19 | _____)

20 |      A Writ of Continuing Garnishment, directed to the Garnishee,

21 | has been duly issued and served upon the Garnishee.  The

22 | Garnishee filed an Answer of Garnishee stating that at the time

23 | of service of the Writ, the Judgment Debtor is an employee of the

24 | Garnishee; the Judgment Debtor's pay period is semi-monthly; and

25 | the Judgment Debtor's disposable earnings per pay periods are

26 | $1,530.90.

27 |      As of June 2, 2003, the current balance owing by the

28 | Judgment Debtor on the judgment is $147,355.56, updated from the

1   amount of $148,800.00 as shown in the Application For Writ of

2   Continuing Garnishment filed herein.

3       The Judgment Debtor was served by the Garnishee with the

4   Answer of Garnishee, and has not filed a written objection or

5   requested a hearing within 20 days, as set forth in 28 U.S.C.

6   § 3205(c)(5).  Also, the Judgment Debtor has not requested a

7   hearing on a claim of exemption, as set forth in 28 U.S.C.

8   § 3014(b)(2).

9       Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee

10  files an Answer, and if no hearing is requested within the

11  required time period, the Court shall promptly enter an order

12  directing the Garnishee as to the disposition of the Judgment

13  Debtor's non-exempt earnings.

14      ACCORDINGLY, IT IS ORDERED that the Garnishee, Fidelity

15  National Financial, shall forward to the Clerk of the Court for

16  the United States District Court for the Eastern District of

17  California, twenty-five percent (25%) of the disposable earnings

18  (gross wages less required deductions for federal income tax,

19  federal social security, Medicare tax, state income tax, state

20  disability insurance and payments to a public employee retirement

21  system) per pay period owing by the Garnishee to the Judgment

22  Debtor, beginning on the date the Garnishee received the Writ of

23  Continuing Garnishment, to wit April 11, 2005, and continuing

24  said payments for all subsequent pay periods until the judgment

25  in favor of the United States is paid in full.  The Garnishee

26  ////

27  ////

28  ////

1  shall pay to the Judgment Debtor the remaining amount of Judgment

2  Debtor's disposable earnings that are not subject to the twenty-

3  five percent garnishment.

4  DATED:  June 8, 2005.

5

6

7                     UNITED STATES MAGISTRATE JUDGE

8

mendez.garn

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3